GERALD L. SAUER (State Bar No. 113564)
LORI L. WERDERITCH (State Bar No. 247345)
SAUER & WAGNER LLP
1801 Century Park East, Suite 1150
Los Angeles, California 90067
Tel: (310) 712-8100 Fax: (310) 712-8108
Email: gsauer@swattys.com; lwerderitch@swattys.com

Attorneys For Plaintiff ProSurance Group Inc.

*E-FILED 08-08-2010*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROSURANCE GROUP INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL GROUP, INC., a Massachusetts corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts insurance company; LIBERTY INSURANCE UNDERWRITERS INC., a New York corporation; LIBERTY SURPLUS INSURANCE CORP., a New Hampshire corporation; ROSS HERLANDS, an individual, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. CV10-02600 HRL<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS<br><br>[Re: Docket No. 8] |

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Private Process:**

 ☒ Private ADR (*please identify process and provider*): ___Mediation and JAMS___

The parties agree to hold the ADR session by:

 ☒ the presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.*)

DATED: August 3, 2010    SAUER & WAGNER LLP

By: /s/ Gerald S. Sauer
Gerald L. Sauer
Attorneys For Plaintiff ProSurance Group Inc.

DATED: August 3, 2010    MUNGER, TOLLES & OLSON LLP

By:_____
Blanca Young
Attorneys for Defendant Ross Herlands

DATED: August 3, 2010    ROPERS, MAJESKI, KOHN & BENTLEY

By:_____
Todd A. Roberts
Attorneys For Defendants Liberty Mutual Group, Inc., Liberty Mutual Insurance Company, Liberty Insurance Underwriters Inc., and Liberty Surplus Insurance Corp.

SAUER & WAGNER LLP
1801 Century Park East, Suite 1150
Los Angeles, CA 90067

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Private Process:**

☒ Private ADR (*please identify process and provider*):  __Mediation and JAMS__

The parties agree to hold the ADR session by:

☒ the presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.*)

DATED: August 3, 2010              SAUER & WAGNER LLP

By:_____
    Gerald L. Sauer
Attorneys For Plaintiff ProSurance Group Inc.

DATED: August 3, 2010              MUNGER, TOLLES & OLSON LLP

By:_____
    Blanca Young
Attorneys for Defendant Ross Herlands

DATED: August 3, 2010              ROPERS, MAJESKI, KOHN & BENTLEY

By:_____
    Todd A. Roberts
Attorneys For Defendants Liberty Mutual Group, Inc., Liberty Mutual Insurance Company, Liberty Insurance Underwriters Inc., and Liberty Surplus Insurance Corp.

SAUER & WAGNER LLP
1801 Century Park East, Suite 1150
Los Angeles, CA 90067

1

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Private Process:**

☒ Private ADR *(please identify process and provider)*: ___Mediation and JAMS___

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

DATED: August 3, 2010        SAUER & WAGNER LLP

By:_____
    Gerald L. Sauer
Attorneys For Plaintiff ProSurance Group Inc.

DATED: August 3, 2010        MUNGER, TOLLES & OLSON LLP

By:_____
    Blanca Young
Attorneys for Defendant Ross Herlands

DATED: August 3, 2010        ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Todd A. Roberts
    Todd A. Roberts
Attorneys For Defendants Liberty Mutual Group, Inc., Liberty Mutual Insurance Company, Liberty Insurance Underwriters Inc., and Liberty Surplus Insurance Corp.

---
1
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

# [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☒ Private ADR

Deadline for ADR session

- ☒ 90 days from the date of this order.
- ☐ other _____

ITS IS SO ORDERED.

Dated: August 7, 2010

_____
UNITED STATES MAGISTRATE JUDGE
HOWARD R. LLOYD

SAUER & WAGNER LLP
1801 Century Park East, Suite 1150
Los Angeles, CA 90067