UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PROSURANCE GROUP, INC., <br><br>   Plaintiff, <br><br>v. <br><br>LIBERTY MUTUAL GROUP, INC., et al, <br><br>   Defendants. | Case No.: 10-CV-02600-LHK <br><br> ORDER CLARIFYING SCHEDULE ON LIBERTY'S ADMINISTRATIVE MOTION |

On January 13, 2011, Defendants Liberty Mutual Group, Inc., Liberty Mutual Insurance Company, Liberty Insurance Underwriters Inc., and Liberty Surplus Insurance Corp. (collectively "Liberty") filed an administrative motion to file under seal Liberty's motion to determine good faith settlement and the declaration of Todd A. Roberts in support thereof. Dkt. No. 20. Even though Liberty set a hearing date, March 31, 2011, for its administrative motion, any opposition to or support for Liberty's administrative motion must be filed no later than four (4) days from today. CIVIL L.R. 7-11(b). In addition, Liberty's administrative motion will be deemed submitted for immediate determination the day after the opposition is due. CIVIL L.R. 7-11(c).

**IT IS SO ORDERED.**

Dated: January 13, 2011

               *Lucy H. Koh*
               LUCY H. KOH
               United States District Judge