UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PROSURANCE GROUP, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>LIBERTY MUTUAL GROUP, INC., et al.,<br><br>  Defendants. | Case No.: 10-CV-02600-LHK<br><br>ORDER TO FILE REDACTED VERSION |

On January 13, 2011, Defendants Liberty Mutual Group, Inc., Liberty Mutual Insurance Company, Liberty Insurance Underwriters Inc., and Liberty Surplus Insurance Corp. (collectively "Liberty") moved to file the following documents under seal: (1) Notice of Motion and Motion of Liberty to Determine Good Faith Settlement and Memorandum of Points and Authorities Pursuant to California Code of Civil Procedure § 877.6(a)(1); and (2) Declaration of Todd A. Roberts in support thereof. Dkt. No. 20.

On February 18, 2011, the Court granted Liberty's motion to file under seal the Declaration of Todd A. Roberts. Dkt. No. 27. The Court, however, ordered Liberty to submit a redacted version of its Notice of Motion and Motion to Determine Good Faith Settlement and Memorandum of Points and Authorities Pursuant to California Code of Civil Procedure § 877.6(a)(1) no later than

1  February 24, 2011.  Liberty has not yet filed a redacted version of its motion as of the writing of
2  this Order.[1]
3      Liberty shall file a redacted version of its Notice of Motion and Motion to Determine Good
4  Faith Settlement and Memorandum of Points and Authorities Pursuant to California Code of Civil
5  Procedure § 877.6(a)(1) no later than March 24, 2011.
6  **IT IS SO ORDERED.**

8  Dated: March 22, 2011

                                    *Lucy H. Koh*
LUCY H. KOH
United States District Judge

---

[1] In its February 18, 2011 order, the Court also ordered Defendant Ross Herlands to file a redacted version of its statement of non-opposition to motion for determination of good faith settlement. Herlands complied with the Court's order and filed a redacted version of its statement of non-opposition on February 23, 2011.  Dkt. No. 28.