UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PROSURANCE GROUP INC., a Delaware corporation,<br><br>               Plaintiff,<br><br>   v.<br><br>LIBERTY MUTUAL GROUP, INC., et al.,<br><br>              Defendants. | Case No.: 10-CV-02600-LHK<br><br>ORDER GRANTING MOTION TO DETERMINE GOOD FAITH SETTLEMENT PURSUANT TO CALIFORNIA CIVIL PROCEDURE CODE § 877.6(a)(1) |

Having considered Defendants Liberty Mutual Group, Inc., Liberty Mutual Insurance Company, Liberty Insurance Underwriters Inc., and Liberty Surplus Insurance Corp.'s ("Liberty") Motion to Determine Good Faith Settlement Pursuant to California Civil Procedure Code § 877.6(a)(1) and Defendant Herlands' statement of non-opposition to Liberty's motion, the Court hereby GRANTS Liberty's Motion to Determine Good Faith Settlement Pursuant to California Civil Procedure Code § 877.6(a)(1). Accordingly, the Court finds that the settlement between Prosurance Group, Inc. and Liberty was made and entered into in good faith within the meaning of California Civil Procedure Code § 877.6.

///

///

///

///

1

Case No.: 10-CV-02600-LHK
ORDER GRANTING MOTION TO DETERMINE GOOD FAITH SETTLEMENT

This Order bars any other joint tortfeasor from any further claims against Liberty "for equitable comparative contribution, or partial or comparative indemnity, based on comparative negligence or comparative fault." CAL. CIV. PROC. CODE § 877.6(c).

**IT IS SO ORDERED.**

Dated: April 1, 2011

_____
LUCY H. KOH
United States District Judge